No. 6. SUCCESSION OF CEBALLOS ET AL *v*. REGISTRAR OF PROPERTY.—Appeal from a decision of the Registrar of Property of San Juan. Decided July 22, 1901. Withdrawn by request of the appellant. *Mr. Díaz Navarro*, for appellant.

No. 6. PANIAGUA *v*. MUNICIPALITY OF SAN JUAN.—Appeal from the District Court of San Juan, Decided July 26, 1901. Withdrawn by request of the appellant. *Mr. López Landrón*, for appellant. *Mr. Alvarez Nava*, for respondent.

No. 4. MUNICIPALITY OF SAN JUAN *v*. SECRETARÍA DE GOBERNACIÓN.—Appeal from a judgment rendered by the District Court of San Juan. Decided August 23, 1901. Withdrawn by request of the appellant. *Mr. Manuel F. Rossy*, for appellant. *Mr. López Landrón*, for respondent.

No. 47. ORTIZ *v*. DÍAZ.—Appeal in cassation from a judgment rendered by the District Court of San Juan. Decided September 17, 1901. The appeal was declared abandoned by reason of the failure of the appellant to appear.

No. 59. RAMÍREZ *v*. FORT.—Appeal in cassation from a judgment rendered by the District Court of Mayagüez. Decided October 11, 1901. Declared abandoned by reason of the failure of the appellant to appear.

No. 63. DÍAZ ET AL *v*. COLL.—Appeal in cassation from a judgment rendered by the District Court of Arecibo. Decided October 24, 1901. The appeal was declared abandoned by reason of the failure of the appellant to appear.